# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAFAEL ORTA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-571-Orl-31GJK**

**WEST GABLES MANAGEMENT CORP.**
**and LUIS CRUZ,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion to Dismiss Complaint for Failure to Timely Serve Process and Alternative Motion to Set Aside Clerk's Default (Doc. No. 14) filed December 21, 2007.

On January 22, 2008, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Dismiss Complaint for Failure to Timely Serve Process and Alternative Motion to Set Aside Clerk's Default is GRANTED and DENIED in part.

3. The Motion to Set Aside Clerk's Default is GRANTED. The Default entered on November 28, 2007 at Doc. No. 13 is hereby VACATED and set aside. The Defendants shall file their responsive pleading within 11 days from the date of this order.

    4.    The Motion to Dismiss is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 12th day of February, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE